IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED-WD
00 DEC 21 AM 11:50
CLERK
U.S. DISTRICT COURT

CHERYL L. SAULTERS, )
)
Plaintiff, )
)
vs. ) Case No. 00C50450
)
)
ROCK VALLEY COLLEGE, )
)
Defendant. )
)

## COMPLAINT

NOW COMES Plaintiff, CHERYL L. SAULTERS, by her attorneys, Hester & Waters, PLC, and brings this action in Four Counts for violation of the Civil Rights Act of 1964, 42 U.S.C. §2000 *et seq.* and Section 1981 of the 1871 Civil Rights Act, 42 U.S.C. §1982, against Defendant, ROCK VALLEY COLLEGE, alleging as follows:

### Count I

1. Plaintiff, CHERYL L. SAULTERS, was an adult citizen of the State of Illinois, residing in Rockford, Illinois, and was employed at all material times herein by Defendant, ROCK VALLEY COLLEGE, in Rockford, Illinois.

2. Defendant, ROCK VALLEY COLLEGE, was an institution of higher learning, authorized and duly operating in Illinois and with its principal location in Rockford, Winnebago County, Illinois.

DOCKETED
DEC 22 2000

3. Plaintiff was employed by Defendant in Rockford, Illinois, for a period of approximately two years; and was an employee as defined by the federal statute known as the Civil Rights Act of 1964, 42 U.S.C. §2000.

4. There was in effect at all times material herein, federal statutes known as the Civil Rights Act of 1991, 42 U.S.C. §2000 *et seq.*, which, in part prohibited employment discrimination on the basis of race and retaliation.

5. Defendant, ROCK VALLEY COLLEGE, was a covered "employer" as defined by the Civil Rights Act of 1964.

6. The Civil Rights Act of 1964 prohibits a covered employer, such as Defendant, from discriminating against an employee based on the employee's race, national origin, or from retaliating against an employee for the exercise of any rights granted under the Civil Rights Act of 1964, and makes it unlawful for any employer to discharge, fail to recall after, layoff, or in any other manner, discriminate against an individual, such as Plaintiff, on account of her race or national origin.

7. This action is brought pursuant to Title 42 U.S.C., §1981. Jurisdiction is proper pursuant to Title 28 U.S.C. §1343.

8. This is a civil action brought by the Plaintiff to make and enforce her rights to employment and for the equal enjoyment of all benefits, privileges, terms and conditions of a contractual relationship as is enjoyed by White citizens.

9. Plaintiff was employed by Defendant as a Secretary, in Defendant's Foundation Office from May 15, 1998, until March 21, 2000, when she was wrongfully terminated.

10. During her tenure as Defendant's employee, Plaintiff performed her work in an exceedingly satisfactorily manner.

11. On March 17, 1999, Plaintiff initially filed a written complaint of discrimination (Charge No. 210992056) with the Illinois Human Rights Commission and the Equal Employment Opportunity Commission (hereinafter, EEOC). Said Charge is attached hereto and incorporated herein by reference as Exhibit "A".

12. Plaintiff was subjected to constant harassment by Dan Timko, Acting Executive Vice President of the Foundation, for her complaints of racial discrimination.

13. Defendant, through Dan Timko, subjected Plaintiff to differential terms and conditions of employment because of her race and color.

14. The differential terms and conditions of employment included harassment not experienced by White individuals similarly situated and excessive criticism not otherwise accorded to White individuals, because of Plaintiff's race.

15. Defendant subjected Plaintiff to unreasonable and unrealistic performance standards not accorded to White individuals, because of Plaintiff's race.

16. Defendant had knowledge of Plaintiff's initial complaint with the EEOC.

17. Upon information and belief, Plaintiff's supervisor, Dan Timko, Acting Executive Vice President of the Foundation, had knowledge of Plaintiff's initial complaint with the EEOC.

18. Plaintiff was subjected to constant harassment by the Acting Executive Vice President of the Foundation for her complaints of racial discrimination.

19. After the initial EEOC charge was filed Defendant intentionally and willfully retaliated against plaintiff for engaging in protected activity, in violation of the Civil Rights Act of 1964.

20. Plaintiff has complied with all the jurisdictional prerequisites to action under Title VII of the Civil Rights Act of 1964, as follows:

   a) On or about January 21, 2000, Plaintiff filed a written complaint of discrimination with the Illinois Department of Human Rights and the EEOC;

   b) On or about January 26, 2000, Plaintiff filed a formal charge of discrimination (Charge No. 210A03814) with the Illinois Department of Human Rights and the EEOC. Said Charge is attached hereto and incorporated herein by reference as Exhibit "B".

   c) On September 20, 2000, the EEOC issued a 90-day Notice of Right to Sue to Plaintiff. Said Notice of Suit Rights is attached hereto and incorporated herein by reference as Exhibit "C".

   d) Plaintiff received the 90-day Notice of Suit Rights on September 23, 2000.

   e) Plaintiff has filed this action within ninety (90) days of the receipt of the notice of right-to-sue.

### Count II

21. Plaintiff repeats and realleges and incorporates by reference the allegations of Paragraphs 1-20, of this Complaint as if set forth in this Count.

22. Defendant's failure to take remedial steps to stop the racial harassment of the Plaintiff by Plaintiff's supervisor created a hostile work environment in direct violation of Title 42 U.S.C. §1981.

### Count III

23. Plaintiff repeats and realleges and incorporates by reference the allegations of Paragraphs 1-22, of this Complaint as if set forth in this Count.

24. Defendant discriminated Plaintiff and other African-American employees with respect to the terms, wages, conditions privileges, advantages and benefits of employment with Defendant. Specifically, Defendant maintains separate lines of seniority for African-American and White employees and denies African-American employees the opportunity of advancement to higher paying positions and conditions of employment, the design, intent, purpose and effect of being to continue and preserve Defendant's long standing policy, practice, custom and usage of limiting the employment and promotional opportunities of African-American employees of the Defendant because of Plaintiff's race or color.

### Count IV

25. Plaintiff repeats and realleges and incorporates by reference the allegations of Paragraphs 1-24, of this Complaint as if set forth in this Count.

26. On several occasions Plaintiff sought to be promoted or transferred to a better job position, to elude the retaliation and discrimination being perpetrated by

Defendant and her supervisor, but was denied such promotion and transfer solely because of Plaintiff's race and color.

27. Defendant follows a policy and practice of discrimination in employment against African-Americans on account of their race. Under such policy and practice, Defendant, through its agents, repeatedly harassed Plaintiff because Plaintiff attempted to obtain equal opportunity employment for herself and because Plaintiff filed charges of discrimination with the Equal Employment Opportunity Commission. As a direct and proximate result of this systematic and repeated harassment, Plaintiff endured and continues to endure great emotional and mental suffering and was wrongfully terminated by Defendant.

WHEREFORE, Plaintiff prays for judgment against Defendant for back benefits, back pay, front pay, compensatory and punitive damages, interest and attorney's fees and costs.

**PLAINTIFF DEMANDS A JURY TRIAL.**

CHERYL L. SAULTERS, Plaintiff

By Hester & Waters, PLC
Her Attorneys

By: _____
Keenan J. Saulter

**HESTER & WATERS, PLC**
119 North Church Street
Suite 206
Rockford, Illinois 61101
(815)965-0792 Telephone
(815)965-0791 Fax

6

# CHARGE OF DISCRIMINATION

form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 21099 2056 |

Illinois Dept. of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Cheryl L. Saulters | (815) 397-8587 |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 5374 Cybele Lane, Rockford, IL 61108 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Rock Valley College | Cat A (15-100) | (815) 654-4250 |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | | COUNTY |
| 3301 N. Mulford Road, Rockford, IL 61114 | | 201 |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER *(Specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST 05/15/1998    LATEST 01/29/199[9]
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s))*:

I. I was hired by Respondent on May 15, 1998 as Secretary in the Foundation Office. Since my employment began and continuing I have been subjected to harassment, a hostile work environment and different terms and conditions of employment by the Executive Director.

II. I believe I have been discriminated against by Respondent because of my race, Black in violation of Title VII of the Civil Rights Act of 1964, as amended, in that:

a.) The Executive Director has subjected me to racial remarks. She also fails to provide proper instruction or direction with regard to my assignments. She also subjects me to a hostile work environment in the form of verbal abuse. I have also had my probationary period extended. I have attempted to transfer to other positions outside of the department. I believe the Executive Director has given me negative recommendations as I have not been selected for any of these jobs.

**PLAINTIFF'S EXHIBIT A**

RECEIVED EEOC
MAR 19 1999
CHICAGO DISTRICT OFFICE

OFFICIAL SEAL
BRIAN A BACKLUND
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/21/02

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 3-17-99   Charging Party (Signature) /s/ Cheryl Saulters

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT NOTARY
/s/ B.B.

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)
03-17-99

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [ ] FEPA [X] EEOC

CHARGE NUMBER:

_Illinois Dept. of Human Rights_ and EEOC
*State or local Agency, if any*

NAME (Indicate Mr., Ms., Mrs.): Ms. Cheryl L. Saulters
HOME TELEPHONE (Include Area Code): (815) 397-8587
STREET ADDRESS: 5374 Cybele Lane
CITY, STATE AND ZIP CODE: Rockford, IL 61108
DATE OF BIRTH:

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: Rock Valley College
NUMBER OF EMPLOYEES, MEMBERS: Cat A (15-100)
TELEPHONE (Include Area Code): (815) 654-4250
STREET ADDRESS: 3301 N. Mulford Road
CITY, STATE AND ZIP CODE: Rockford, IL 61114
COUNTY: 201

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 
LATEST: 03/23/2000
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I had been employed by Respondent as a Secretary. In March 1999 I filed a charge of discrimination against Respondent (210992056). Since that time I have been subjected to further race discrimination and retaliation. This has taken several forms including; harassment in the form of remarks made by management, unreasonable performance standards being placed on me, and unwarranted discipline. I was terminated on March 23, 2000.

I believe that I have been discriminated against by Respondent because of my race, Black, and in retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

**PLAINTIFF'S EXHIBIT B**

OFFICIAL SEAL
BRIAN A BACKLUND
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/21/02

[ ] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT: *Cheryl Saulters*

Date: 6/26/00   Charging Party (Signature): *Cheryl Saulters*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 06/99)

CHARGING PARTY COPY

## Equal Employment Opportunity Commission

## DISMISSAL AND NOTICE OF RIGHTS

| To: CERTIFIED MAIL NO.: 7099-3400-0006-7309-0575 C/P | From: |
|---|---|
| Cheryl L. Saulters<br>5374 Cybele Lane<br>Rockford, Illinois 61108 | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street, Suite 2800<br>Chicago, Illinois 60661-2511 |

[ ] *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210A03814 | Mr. Scott Sommers, Enforcement Supervisor | (312) 886-9117 |

*(See the additional information attached to this form.)*

YOUR CHARGE IS DISMISSED FOR THE FOLLOWING REASON:

[ ] The facts you allege fail to state a claim under any of the statutes enforced by the Commission

[ ] Respondent employs less than the required number of employees.

[ ] Your charge was not timely filed with the Commission, *i.e.*, you waited too long after the date(s) of the discrimination you alleged to file your charge. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ] You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conferences, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your charge. You have had more than 30 days in which to respond to our final written request.

[ ] The Commission has made reasonable efforts to locate you and has been unable to do so. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ] The respondent has made a reasonable settlement offer which affords full relief for the harm you alleged. At least 30 days have expired since you received actual notice of this settlement offer.

[ x ] The Commission issues the following determination: Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -

[ x ] **Title VII and/or the Americans with Disabilities Act:** This is your NOTICE OF RIGHT TO SUE, which terminates the Commission's processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. **If you decide to sue, you must sue WITHIN 90 DAYS from your receipt of this Notice; otherwise your right to sue is lost.**

[ ] **Age discrimination in Employment Act:** This is your NOTICE OF DISMISSAL OR TERMINATION, which terminates processing of your charge. If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. If you decide to sue, you must sue **WITHIN 90 DAYS** from your receipt of this Notice; otherwise your right to sue is lost.

[ ] **Equal Pay Act (EPA):** EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

9/20/00

On behalf of the Commission

John P. Rowe, District Director

PLAINTIFF'S EXHIBIT C

Enclosures
   Information Sheet
   Copy of Charge
cc: Respondent(s)    Rock Valley College

EEOC Form 161 (Test 5/95)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CHERYL L. SAULTERS

## DEFENDANTS
ROCK VALLEY COLLEGE

00 DEC 21 AM 11:50
CLERK
U.S. DISTRICT COURT

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: WINNEBAGO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: WINNEBAGO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
HESTER & WATERS
119 N. CHURCH ST SUITE 206
ROCKFORD IL 61101

ATTORNEYS (IF KNOWN)

00C50450

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
|  | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending |  |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **HABEAS CORPUS:** | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |  |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 |  |
|  |  | ☐ 555 Prison Condition |  |  |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER **DOCKETED**

DATE: 12/20/00
SIGNATURE OF ATTORNEY OF RECORD

DEC 22 2000

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____